

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00024-CV

ROBERT LANE, Appellant

V.

ODLE, INC., Appellee

§ On Appeal from the 442nd District Court

§ of Denton County (22-8611-442)

§ August 22, 2024

§ Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Robert Lane shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack